AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Mark Roger Rebegila

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00294
Assigned To : Harvey, G. Michael
Assign. Date : 3/10/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Mark Roger Rebegila__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 03/10/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.03.10 11:02:52 -05'00'

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/10/2021, and the person was arrested on *(date)* 3/15/2021
at *(city and state)* Topeka, KS.

Date: 3/15/2021

*Arresting officer's signature*

Jason Sahin / SA
*Printed name and title*